UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: *
  *
CHRISTOPHER MEDINA, * NO: 15-30302-HCM-CH7
  Debtor(s). *

## DEBTOR'S MOTION TO REDEEM TANGIBLE PERSONAL PROPERTY

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, Bankruptcy Judge:

COMES NOW, CHRISTOPHER MEDINA, Debtor(s) herein, by and through attorney of record, J. TODD SOUTHERN, and file(s) this, Debtor'(s) Motion to Redeem Tangible Personal Property, and in support thereof, would respectfully show the Court as follows:

1. Property listed in Debtor(s) Schedule C, constitutes tangible personal property intended primarily for the personal, family, and household use of the Debtor(s) and Debtor(s) family.

2. A lien of HSBC FURNITURE ROW, secures a dischargeable debt that was incurred by the Debtor(s) for a personal, family, or household use. The property is described as follows:

| Property | Purchase Date | Price | Present Value |
|---|---|---|---|
| Chair, sofas, table & bed | Approx..4/2010 | $1,632.83 | $460.00 |

3. The furniture is in fair condition.

4. Debtor believes the fair market value of the furniture to be $460.00 based on the wear and tear of the furniture.

5. The last four digits of the account number are 8558.

6. Such property has been claimed as exempt on debtor(s) Schedule C, on file herein, pursuant to 11 U.S.C., Section 522(d).

7. Debtor(s) desires to redeem such property from the lien of HSBC Furniture Row, by paying to it the market value of the collateral at the time of the redemption.

Dated this 14th day of April, 2015.

Respectfully submitted,

/S/
**J. TODD SOUTHERN**
**Attorney for Debtor(s)**
**5601 Montana Ave. Ste. A**
**El Paso, Texas 79925**
**(915) 772-9032 FAX 772-0257**
**State Bar. No. 18862450**

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing instrument to the Trustee, J. Marshall Miller, Chapter 7 Trustee, 1519 Montana, El Paso, Texas 79902, to the Debtors, Christopher Medina, 1719 Wood Quail Way, El Paso, TX 79936, and to the Creditor, HSBC Furniture Row, P.O. Box 60504, City of Industry, CA 91716-0504 on this the 14th day of April 2015.

/S/
**J. TODD SOUTHERN**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:                                   *
                                         *

**CHRISTOPHER MEDINA,**         *     NO: 15-30302-HCM-CH7
         **Debtor(s).**                 *

## AFFIDAVIT

**STATE OF TEXAS**    *

       On this day personally appeared CHRISTOPHER MEDINA, Debtor(s) in the above-styled and numbered cause and did depose and state the following:

       "I CHRISTOPHER MEDINA, made this affidavit in accordance with the Local Rules of the United States Bankruptcy Court, Western District of Texas §6008 and state the following:

1. the loan on collateral was made on approximately 4/2010
2. the loan total of the property I wish to redeem was $1,632.83
3. the property is described as a chair, sofas, table and bed.
4. the property is in fair condition.
5. the fair market value of the item is $460.00.
6. the basis for this valuation is the wear and tear of the furniture.

                                      /S/
                               CHRISTOPHER MEDINA

SUBSCRIBED AND SWORN TO BEFORE ME on this 14th day of April, 2015.

                               /S/ Belinda Maltos
                               NOTARY PUBLIC, STATE OF TEXAS

My Commission expires:
September 8, 2016

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **CHRISTOPHER MEDINA,** | * | **NO: 15-30302-HCM-CH7** |
| Debtor(s). | * | |

**ORDER AUTHORIZING REDEMPTION OF PROPERTY**

On this date came on to be considered the Motion to Redeem Property filed by the Debtors in the above-referenced Chapter 7 case with respect to property subject to a lien of HSBC FURNITURE ROW, The court has reviewed the Motion as well as the file and record in the case, and finds that no timely response to the Motion has been filed and that it should be granted.

**IT IS THEREFORE, ORDERED** that the Motion to Redeem shall be, and hereby is GRANTED, and that upon payment of $460.00 by the Debtor(s), if paid within 30 days of the date of entry of this order, , HSBC FURNITURE ROW, shall release its security interest in the property described in the Motion, and such security interest shall be void.

# # #

Submitted by Attorney
J. Todd Southern
5601 Montana Ste. A
El Paso, Texas 79925
(915) 772-9032 Fax 772-0257