**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 07, 2015.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:                          *
                                *
**CHRISTOPHER MEDINA,**          *    NO: 15-30302-HCM-CH7
        Debtor(s).              *
        <u>**ORDER AUTHORIZING REDEMPTION OF PROPERTY**</u>

On this date came on to be considered the Motion to Redeem Property filed by the Debtors in the above-referenced Chapter 7 case with respect to property subject to a lien of HSBC FURNITURE ROW, The court has reviewed the Motion as well as the file and record in the case, and finds that no timely response to the Motion has been filed and that it should be granted.

**IT IS THEREFORE, ORDERED** that the Motion to Redeem shall be, and hereby is GRANTED, and that upon payment of $460.00 by the Debtor(s), if paid within 30 days of the date of entry of this order, , HSBC FURNITURE ROW, shall release its security interest in the property described in the Motion, and such security interest shall be void.

# # #

Submitted by Attorney
J. Todd Southern
5601 Montana Ste. A
El Paso, Texas 79925
(915) 772-9032 Fax 772-0257

United States Bankruptcy Court
Western District of Texas

In re:
Christopher Medina
     Debtor

Case No. 15-30302-hcm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: vogest      Page 1 of 2      Date Rcvd: May 07, 2015
                Form ID: pdfapac      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2015.
```
db            +Christopher Medina,   1719 Wood Quail Way,   El Paso, TX 79936-6378
16374094      +Ann Taylor,   P.O. box 659705,   San Antonio, TX 78265-9705
16374096      +Barclaycard Apple,   P.O. Box 13337,   Philadelphia, PA 19101-3337
16374097      +Best Buy,   P.O. Box 688910,   Des Moines, IA 50368-8910
16374098      +Capital One,   P.O. Box 60599,   City of Industry, CA 91716-0599
16374099      +Credit Collections County Mutual,   Two Wells Avenue,   Newton Center, MA 02459-3246
16374100     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell,   P.O. Box 6403,   Carol Stream, IL 60197)
16374102     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,   P.O. Box 78626,   Phoenix, AZ 85062)
16374103      +Evolve Federal Credit Union,   1710 Saul Kleinfeld,   El Paso, TX 79936-3742
16374104      +Guarantee Loan,   4320 Montana Ave.,   El Paso, TX 79903-4611
16374107       HSBC Furniture Row,   P.O. Box 60504,   City of Industry, CA 91716-0504
16374106      +Home Depot/Citibank,   c/o United Collection Bureau,   5620 Southwyck Blvd. Ste 206,
               Toledo, OH 43614-1501
16374108      +International Finance,   4316 Montana,   EL PASO, TX 79903-4611
16374111      +M&T Bank Mortgage,   P.O. Box 1288,   Buffalo, NY 14220-8288
16374112      +Macys,   P.O. Box 689195,   Des Moines, IA 50368-9195
16374113      +Master Card,   P.O. Box 672051,   Dallas, TX 75267-2021
16374114       New York & Co,   P.O. Box 659728,   San Antonio, TX 78265-9728
16374117       U.S.A.A. Federal Savings Bank,   10750 McDermott Fwy,   SAN ANTONIO, TX 78288-0548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16374095      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:47:43   Banana Republic,
               P.O. Box 530942,   Atlanta, GA 30353-0942
16374101      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:46:50   Dillards,   c/o GE Money Bank,
               Attn Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
16374105      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:46:49   Home Depot,   c/o GE Money Bank,
               Attn Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
16374109      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:47:17   JC Penney,   c/o GE Money Bank,
               Attn Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
16374110      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:47:17   Lowes,   P.O. Box 103104,
               Roswell, GA 30076-9104
16382575      +E-mail/Text: bankruptcy@rmcorp.biz May 07 2015 23:39:49   REGIONAL MANAGEMENT CORPORATION,
               PO BOX 776,   MAULDIN, SC 29662-0776
16374115      +E-mail/Text: bankruptcy@rmcorp.biz May 07 2015 23:39:49   Regional Finance,
               1605 George Dieter Dr., Suite 302,   El Paso, TX 79936-5686
16374116      +E-mail/Text: collections@tfcu.coop May 07 2015 23:41:06   Teachers Federal Credit Union,
               12020 Rojas,   EL PASO, TX 79936-7711
16374118      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 23:47:43   Wal Mart,   c/o GE Money Bank,
               Attn Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
16374119      +E-mail/Text: bankruptcy@wscadc.tzo.com May 07 2015 23:41:09   Western Finance,
               1700 Zaragoza Rd., Suite 106,   El Paso, TX 79936-7964
16374120      +E-mail/PDF: bk@worldacceptance.com May 07 2015 23:47:44   World Finance,
               1700 Zaragoza Rd., Ste 112,   El Paso, TX 79936-7964
                                                                           TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2015                         Signature:   /s/Joseph Speetjens

District/off: 0542-3          User: vogest               Page 2 of 2              Date Rcvd: May 07, 2015
                             Form ID: pdfapac            Total Noticed: 29

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2015 at the address(es) listed below:
      J. Marshall Miller    marshall_miller@att.net,  tx59@ecfcbis.com;jmm@trustesolutions.net
      J. Todd Southern   on behalf of Debtor Christopher  Medina jts@jtoddsouthern-bankruptcy.com
      United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                          TOTAL: 3